UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VILLARREAL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SALESFORCE.COM, INC., et al.,<br><br>   Defendants. | Case No. 24-cv-00813-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Davis v. Salesforce.com, Inc.*, Case Number 3:20-cv-1753-MMC.

**IT IS SO ORDERED.**

Dated: February 14, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**