# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 5, 2024　　　**Time:** 11:46 - 12:13　　　**Judge:** MAXINE M. CHESNEY
　　　　　　　　　　　　　　　= 27 minutes

**Case No.:** 24-cv-00813-MMC　　**Case Name:** Chris Simonelli et al v. Salesforce.com, Inc.

**Attorney for Plaintiff:** Mark Gyandoh
**Attorney for Defendant:** Eric Serron, Caitlin Tharp

**Deputy Clerk:** Tracy Geiger　　　　　　　　　**Zoom Recording**

## PROCEEDINGS

**Initial Case Management Conference - hearing held via Zoom.**

**Court orders this case stayed pending Miguel v SalesForce trial (currently scheduled to start on May 6, 2024).**

**The stay to be revisited at the end of the Miguel v SalesForce trial.**